# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ESTATE OF DOUGLAS ANDREW WOLFE,
and ANNA KATHERINE PREETZ a/k/a
Anna K. Preetz

        Case No. 15-cv-11911
        Hon. Bernard A. Friedman
    Plaintiffs,    Magistrate: Michael J. Hluchaniuk

v

CITIMORTGAGE, INC.,

    Defendant.

| LEGAL SERVICES OF SOUTH CENTRAL MICHIGAN<br>Attorneys for Plaintiffs<br>By: Sarah E. Bouck (P40216)<br>3490 Belle Chase Way, Ste. 50<br>Lansing, MI 48911<br>(517) 394-2985 | TROTT LAW, P.C.<br>By: Robert J. Kinggo III (P68442)<br>Attorneys for Defendant<br>31440 Northwestern Hwy., Ste. 200<br>Farmington Hills, MI 48334<br>(248) 593-0496<br>rkinggo@trottlaw.com |
|---|---|

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

## **DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

NOW COMES Defendant, CitiMortgage, Inc. ("CitiMortgage"), by and through its attorneys, TROTT LAW, P.C., by Robert J. Kinggo III, and for its Disclosure Statement Pursuant to Fed R. Civ. P. 7.1 submits:

1.     70% of the shares of CitiMortgage are owned by Citibank, N.A., and the remaining 30% of the shares are owned by Citigroup Retail Services, LLC.

1

2. a. 80% of the shares of Citigroup Retail Services, LLC are owned by Citicorp USA;

b. 15% of the shares of Citigroup Retail Services, LLC are owned by CFNA Receivables (DE), Inc.;

c. 3% of the shares of Citigroup Retail Services, LLC are owned by CFNA Receivables (MD), Inc.; and

d. 2% of the shares of Citigroup Retail Services, LLC are owned by CFNA Receivables (NC), Inc.

3. Citicorp USA, CFNA Receivables (DE), Inc., CFNA Receivables (MD), Inc., and CFNA Receivables (NC), Inc., are each a wholly-owned subsidiary of Citibank, N.A.

4. Citibank, N.A., is a wholly-owned subsidiary of Citicorp.

5. Citicorp is a wholly-owned subsidiary of Citigroup, Inc.

6. Citigroup, Inc., is a publicly traded corporation.

Dated: June 16, 2015

Respectfully Submitted,
TROTT LAW, P.C.

/s/ Robert J. Kinggo III
Robert J. Kinggo III (P68442)
Attorney for Defendant
31440 Northwestern Hwy., Ste.200
Farmington Hills, MI  48334
248.593.0496

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2015 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Sarah E. Bouck (P40216)
sbouck@lsscm.org

Dated: June 16, 2015                Respectfully Submitted,
                                    TROTT LAW, P.C.


                                    /s/ Robert J. Kinggo III
                                    Robert J. Kinggo III (P68442)
                                    Attorney for Defendant
                                    31440 Northwestern Hwy., Ste.200
                                    Farmington Hills, MI  48334
                                    248.593.0496

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334
PHONE (248) 642-2515
FACSIMILE (248) 205-4118